IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | BANKR. NO. 21-70063-JAD |
| CHRISTY DIANNE ORIE, | CHAPTER 13 |
| Debtor. | |
| Mortgage Solutions of Colorado, LLC dba Mortgage Solutions Financial, | |
| Creditor/Movant, | |
| vs. | |
| Christy Dianne Orie, | |
| Respondent. | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE

    The Respondent/Debtor, Christy Dianne Orie, has reviewed the Notice of Mortgage Payment Change filed on December 19, 2022 by the Movant, Mortgage Solutions of Colorado, LLC dba Mortgage Solutions Financial. The Debtor's existing Chapter 13 plan is sufficient to fund the change in the Debtor's post-petition mortgage payment.

Dated: December 19, 2022

/s/ Natasha C. Alejandro, Esq.
NATASHA C. ALEJANDRO, ESQ.
Pa. Id. No. 316860
Counsel for Debtor/Respondent

THE ALEJANDRO LAW OFFICE
P.O. Box 4569
Pittsburgh, PA 15205
(412) 345-3184
alejandrolawoffice@gmail.com