IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 21-70063-JAD |
| CHRISTY DIANNE ORIE, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| ALLIED FIRST BANK, SB DBA ) | |
| SERVBANK, as ATTORNEY-IN-FACT ) | |
| for MORTGAGE SOLUTIONS OF ) | |
| COLORADO, LLC DBA MORTGAGE ) | |
| SOLUTIONS FINANCIAL, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHRISTY DIANNE ORIE, KENNETH ) | |
| ORIE, and RONDA J. WINNECOUR, ) | |
| Chapter 13 Trustee, ) | |
| ) | |
| Respondents. ) | |

# EXHIBIT

(Proof of Scheduled TFS Payments)

Welcome, Natasha Alejandro
Log Out

Search by Case / Last Name

## Transaction

| | |
|---|---|
| **Name** | **Address** |
| Christy Orie | P.O. Box 4569, Pittsburgh, PA, 15205 |

| | |
|---|---|
| **Trustee Name** | **Case Number** |
| Ronda J. Winnecour | 21-70063 |

| | |
|---|---|
| **Date Started** | **Date Cleared** |
| N/A | |

**Account Number**
XXXXXX1931

**Status**
Scheduled

**Transaction ID**
15023519

**Amount**
$9,500.00

Welcome, Natasha Alejandro
Log Out

Search by Case / Last Name

Transaction

| Name | Address |
|---|---|
| Christy Orie | P.O. Box 4569, Pittsburgh, PA, 15205 |

| Trustee Name | Case Number |
|---|---|
| Ronda J. Winnecour | 21-70063 |

| Date Started | Date Cleared |
|---|---|
| N/A | |

**Account Number**
XXXXXX1931

**Status**
Scheduled

**Transaction ID**
15023527

**Amount**
$5,000.00