IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CHRISTY DIANNE ORIE, FKA CHRISTY DIANNE MORRIS, FKA CHRISTY DIANNE LANHAM, FKA CHIRSTY DIANNE SPURLOCK,<br><br>      Debtor,<br><br>ALLIED FIRST BANK, SB DBA SERVBANK, AS ATTORNEY-IN-FACT FOR MORTGAGE SOLUTIONS OF COLORADO, LLC DBA MORTGAGE SOLUTIONS FINANCIAL,<br><br>      Movant,<br><br>   v.<br><br>CHRISTY DIANNE ORIE, CHRISTY DIANNE ORIE, FKA CHRISTY DIANNE MORRIS, FKA CHRISTY DIANNE LANHAM, FKA CHIRSTY DIANNE SPURLOCK,<br>KENNETH D ORIE, and<br>RONDA J. WINNECOUR, Trustee,<br>      Respondents. | Bankruptcy No. 21-70063-JAD<br><br>Chapter 13<br><br>Related Doc. 74 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF ALLIED FIRST BANK, SB D/B/A SERVBANK, AS ATTORNEY-IN-FACT FOR MORTGAGE SOLUTIONS OF COLORADO, LLC D/B/A MORTGAGE SOLUTIONS FINANCIAL TO WITHDRAW THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than May 2, 2024, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on

the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on May 15, 2024, at 10:30 a.m. before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901*. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Dated:  April 15, 2024

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Allied First Bank, SB d/b/a Servbank, as Attorney-in-Fact for Mortgage Solutions of Colorado, LLC d/b/a Mortgage Solutions Financial*