IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             CASE NO. 21-70063-JAD

CHRISTY DIANNE ORIE ,                              Chapter 13
         Debtor(s).

CHRISTY DIANNE ORIE,
         Movant(s),                                Related to Doc. #94
vs.
No Respondents,
         Respondent(s).

**CONSENT ORDER OF COURT AUTHORIZING DEBTOR(S) PARTICIPATION IN
PENNSYLVANIA HOMEOWNER ASSISTANCE PROGRAM**

Whereas Christy Dianne Orie ("Debtor(s)") wishes to apply for assistance under the Pennsylvania Homeowner Assistance Program with respect to the Property at 246 Collegiate Drive, Johnstown, PA 15904;

Whereas, the program requires the approval of the Trustee or Bankruptcy Court;

Whereas the Trustee consents to the Debtor(s) participation but believes it in the best interest of all parties to formalize the consent by Order of Court;

AND NOW therefore upon the consent of the Debtor(s) and Trustee it is hereby ORDERED:

(1)     The Debtor is expressly authorized to participate in the PAHAF program. Trustee acknowledges that to the extent relief is granted funds will be distributed directly to the mortgage lender/servicer, contract for deed holder, county treasurer, local taxing authority, hazard insurance company, homeowners' / condominium association, or other payee by the PAHAF and/or its authorized agents on behalf of the applicant.

(2)     In the event there are any funds distributed as result of the Debtor(s) participation, Debtor(s) shall file a report with the Court that expressly lists the amounts distributed and to whom and shall, to the extent the distributions affect claims to have been paid under the Plan file an amended plan or a stipulated order modifying the plan to account for the distributions.

(3)     The Trustee or an attorney for the Trustee on her behalf is authorized to sign the PAHAF application form to the extent that an actual signature is required in addition to this Order.

So ORDERED, this   13th   day of _____May_____, 2024.

U.S. Bankruptcy Judge
Jeffery A. Deller

sjk

Consented to:

/s/ Natasha C. Alejandro, Esq.
Natasha C. Alejandro, Esq.
P.O. Box 4569
Pittsburgh, PA 15205
(412) 345-3184
alejandrolawoffice@gmail.com
**Attorney for Debtor**

FILED
5/13/24 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Kate DeSimone
Kate DeSimone, Esq.
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
inquiries@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christy Dianne Orie  
    Debtor

Case No. 21-70063-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2  
Date Rcvd: May 13, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christy Dianne Orie, c/o Natasha C. Alejandro, The Alejandro Law Office, P.O. Box 4569, Pittsburgh, PA 15205-0569 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Mortgage Solutions of Colorado LLC dba Mortgage Solutions Financial dcarlon@kmllawgroup.com |
| Karen Louise Hughes | on behalf of Creditor First Commonwealth Bank karenh@aasdebtrecoveryinc.com |
| Keri P. Ebeck | on behalf of Creditor Allied First Bank SB d/b/a Servbank, as Attorney-in-Fact for Mortgage Solutions of Colorado, LLC d/b/a Mortgage Solutions Financial kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. lmester@mesterschwartz.com, jschwartz@mesterschwartz.com |
| Laurence A. Mester | on behalf of Creditor Portfolio Recovery Associates LLC lmester@mesterschwartz.com, jschwartz@mesterschwartz.com |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Natasha C Alejandro
        on behalf of Debtor Christy Dianne Orie alejandrolawoffice@gmail.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 8