IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 21-70063-JAD |
| CHRISTY DIANNE ORIE, ) | |
| ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |

**DOCUMENTARY PROOF OF CHAPTER 13 PLAN PAYMENT AND DECLARATION RE: TRUSTEE'S CERTIFICATE OF DEFAULT**

AND NOW comes the Debtor, Christy Dianne Orie, and files the within Documentary Proof of Chapter 13 Plan Payment and Declaration re: Trustee's Certificate of Default consistent with the Court Order dated October 7, 2024, Doc. No. 98, averring as follows:

1. The Debtor's current mailing address is: 246 Collegiate Drive, Johnstown, PA 15904.

2. Debtor failed to submit Plan payments due to medical problems and lack of access to her financial accounts. The severity of the Debtor's medical issues required that she spend some time in a nursing facility. While a patient there her social security income was misapplied and she and the social security administration had to retrieve the funds.

3. Debtor is in the process of recovering her social security income. She will have access to the missing money on October 29, 2024 at which time she will make the full monthly payment of $4,440.00 for October.

4. Since the first payment has not been sent in yet, no payments are reflected on the Chapter 13 trustee's website.

WHEREFORE, the Debtor respectfully requests that the Request for Dismissal be denied.

                                                          Respectfully submitted,

Dated: October 28, 2024              /s/ Natasha C. Alejandro

                                                          NATASHA C. ALEJANDRO, ESQUIRE
Pa. Id. No. 316860
Counsel for the Debtor

THE ALEJANDRO LAW OFFICE
P.O. Box 4569
Pittsburgh, PA 15205
(412) 345-3184
alejandrolawoffice@gmail.com

### Declaration Under Penalty of Perjury by Individual Debtor

I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: October 28, 2024       Signature:     /s/ Christy Dianne Orie

                                                               CHRISTY DIANNE ORIE,
                                                               Movant/Debtor