**Form 132**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

111

In re:    Bankruptcy Case No.: 21−70063−JAD

Chapter: 7

**Christy Dianne Orie**
**fka Christy Dianne Morris, fka Christy Dianne Lanham, fka Christy Dianne Spurlock**
   Debtor(s)

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE**
**AND DETERMINATION OF TRUSTEE BOND**

   Lisa M. Swope, Chapter 7 Trustee is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 1/31/25                                  **Andrew R. Vara**
                                                United States Trustee

                                                **Marta E. Villacorta**
                                                Assistant United States Trustee
                                                Western District of Pennsylvania

---

I Lisa M. Swope, Chapter 7 Trustee, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                Lisa M. Swope, Chapter 7 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70063-JAD |
| Christy Dianne Orie | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 31, 2025 | Form ID: 132 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: ecfnsslawfirm@gmail.com | Jan 31 2025 23:47:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Mortgage Solutions of Colorado  LLC dba Mortgage Solutions Financial dcarlon@kmllawgroup.com |
| Karen Louise Hughes | on behalf of Creditor First Commonwealth Bank karenh@aasdebtrecoveryinc.com |
| Keri P. Ebeck | on behalf of Creditor Allied First Bank  SB d/b/a Servbank, as Attorney-in-Fact for Mortgage Solutions of Colorado, LLC d/b/a Mortgage Solutions Financial kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Laurence A. Mester | on behalf of Creditor Portfolio Recovery Associates  LLC lmester@mesterschwartz.com, jschwartz@mesterschwartz.com |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 132 | Total Noticed: 1 |

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Lisa M. Swope, Chapter 7 Trustee
    lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Natasha C Alejandro
    on behalf of Debtor Christy Dianne Orie alejandrolawoffice@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9