| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Christy Dianne Orie <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–7950 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| **Debtor 2:** <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13   2/19/21 |
| Case number: | 21–70063–JAD | Date case converted to chapter: | 7    1/31/25 |

## Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christy Dianne Orie | |
| 2. | **All other names used in the last 8 years** | fka Christy Dianne Morris, fka Christy Dianne Lanham, fka Christy Dianne Spurlock | |
| 3. | **Address** | c/o Natasha C. Alejandro <br> The Alejandro Law Office <br> P.O. Box 4569 <br> Pittsburgh, PA 15205 | |
| 4. | **Debtor's attorney** <br> Name and address | Natasha C Alejandro <br> The Alejandro Law Office <br> P.O. Box 4569 <br> Pittsburgh, PA 15205 | Contact phone 4123453184 <br> Email: alejandrolawoffice@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Lisa M. Swope, Chapter 7 Trustee <br> Neugebauer & Swope, P.C. <br> 219 South Center Street <br> P. O. Box 270 <br> Ebensburg, PA 15931 | Contact phone 814–472–7151 <br> Email: lms@nsslawfirm.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**      page 1

Debtor **Christy Dianne Orie**                                                            Case number **21–70063–JAD**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 1/31/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 5, 2025 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 989 500 6964, and Passcode 4526620956, call 1–814–316–9225**<br><br>For additional information, go to: https://www.justice.gov/ust/moc |
| **8.**         **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/5/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/11/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/8/21** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-70063-JAD

Christy Dianne Orie  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: auto  Page 1 of 6
Date Rcvd: Jan 31, 2025  Form ID: 309B  Total Noticed: 107

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christy Dianne Orie, c/o Natasha C. Alejandro, The Alejandro Law Office, P.O. Box 4569, Pittsburgh, PA 15205-0569 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Karen Louise Hughes, 2526 Monroeville Boulevard, Suite 205 - Alston Mall, Monroeville, PA 15146-2358 |
| aty | + | Laurence A. Mester, Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, PA 19130-2085 |
| cr | + | Mortgage Solutions of Colorado, LLC dba Mortgage S, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15341346 | | Carvana LLC, PO Bo x29018 Phoenix AZ 85038 |
| 15340882 | + | First Commonwealth Bank, 3112 Elton Road, Johnstown, PA 15904-2732 |
| 15360840 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15340885 | + | Full Beauty Brands/Woman Within, 500 S. Mesa Hills Drive, El Paso, TX 79912-5686 |
| 15340887 | | Gurney's Seed and Nursery Co., P.O. Box 4178, Greendale, IN 47025-4178 |
| 15340888 | + | Heartland ECSI, P.O. Box 26227, Winston Salem, NC 27114-6227 |
| 15340891 | + | Kenneth D. Orie, c/o Natasha C. Alejandro, The Alejandro Law Office, P.O. Box 4569, Pittsburgh, PA 15205-0569 |
| 15340894 | + | Liberty University, PO Box 10425, Lynchburg, VA 24506-0425 |
| 15340895 | + | M&T Bank, P.O. Box 192, Duncansville, PA 16635-0192 |
| 15340903 | + | Mortgage Solutions Financial, 1025 Main Street, Suite 950, Wheeling, WV 26003-2717 |
| 15340905 | + | Quadpay, 27 W 24th Street, Floor 2, New York, NY 10010-3522 |
| 15340907 | | Sezzle, P.O. Box 3330, Minneapolis, MN 55403 |
| 15340911 | + | Tab/Sunbit, Inc., PO Box 24010, Los Angeles, CA 90024-0010 |
| 15340917 | + | WVU Medicine, PO Box 875, Morgantown, WV 26507-0875 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kebeck@bernsteinlaw.com | Jan 31 2025 23:47:00 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | | Email/Text: alejandrolawoffice@gmail.com | Jan 31 2025 23:47:00 | Natasha C Alejandro, The Alejandro Law Office, P.O. Box 4569, Pittsburgh, PA 15205 |
| tr | + | EDI: BLMSWOPE | Feb 01 2025 04:42:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| smg | | EDI: PENNDEPTREV | Feb 01 2025 04:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2025 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 01 2025 04:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: |

| District/off: 0315-7 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 309B | Total Noticed: 107 |

| | | | |
|---|---|---|---|
| | | | BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2025 23:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jan 31 2025 23:47:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + Email/Text: kebeck@bernsteinlaw.com | Jan 31 2025 23:47:00 | Allied First Bank, SB d/b/a Servbank, as Attorney-, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| cr | + EDI: AISACG.COM | Feb 01 2025 04:42:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: AIS.COM | Feb 01 2025 04:42:00 | Capital One Bank (USA) N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + EDI: PRA.COM | Feb 01 2025 04:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15340856 | Email/Text: legal@arsnational.com | Jan 31 2025 23:47:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 15364456 | + EDI: ATTWIREBK.COM | Feb 01 2025 04:42:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15340854 | ^ MEBN | Jan 31 2025 23:42:02 | After-pay US Services, LLC, 600 California Street, 11th Floor, San Francisco, CA 94108-2727 |
| 15340855 | EDI: CBS7AVE | Feb 01 2025 04:42:00 | AmeriMark Premier, P.O. Box 2845, Monroe, WI 53566-8045 |
| 15355683 | + EDI: CBS7AVE | Feb 01 2025 04:42:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15370704 | + EDI: AAFES | Feb 01 2025 04:42:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 15340857 | ^ MEBN | Jan 31 2025 23:41:35 | Atlantic Capital Bank, ATTN: Client Operations, P.O. Box 550889, Atlanta, GA 30355-3389 |
| 15340858 | + EDI: CITICORP | Feb 01 2025 04:42:00 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 15340859 | + Email/Text: rm-bknotices@bridgecrest.com | Jan 31 2025 23:48:00 | Bridgecrest, P.O. Box 29018, Phoenix, AZ 85038-9018 |
| 15340860 | EDI: CAPONEAUTO.COM | Feb 01 2025 04:42:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15359343 | + EDI: AISACG.COM | Feb 01 2025 04:42:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15357578 | EDI: CAPITALONE.COM | Feb 01 2025 04:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15340861 | EDI: CAPITALONE.COM | Feb 01 2025 04:42:00 | Capital One Bank, NA, USA, Attn: General Correspondence, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15340862 | EDI: CAPITALONE.COM | Feb 01 2025 04:42:00 | Capital One Bank, USA, NA, Attn: General Correspondence, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15340863 | EDI: CAPITALONE.COM | Feb 01 2025 04:42:00 | Capital One/Walmart Credit Card, PO Box 71083, Charlotte, NC 28272-1083 |

| District/off: 0315-7 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 309B | Total Noticed: 107 |

| | | | | |
|---|---|---|---|---|
| 15340865 | | EDI: CITICORP | Feb 01 2025 04:42:00 | Citi/Macy's, PO Box 6167, Sioux Falls, SD 57117-6167 |
| 15340866 | + | EDI: CITICORP | Feb 01 2025 04:42:00 | Citicards CBNA, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 15340867 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Bank/Christopher & Banks, PO Box 182273, Columbus, OH 43218-2273 |
| 15340868 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Bank/Fullbeauty, PO Box 182125, Columbus, OH 43218-2125 |
| 15340869 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Bank/Hot Topic, PO Box 182125, Columbus, OH 43218-2125 |
| 15340870 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Bank/Jessica London, PO Box 182273, Columbus, OH 43218-2273 |
| 15340871 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Bank/Pier One Imports, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15340872 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Bank/Victoria's Secret, PO Box 182125, Columbus, OH 43218-2125 |
| 15340873 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Bank/Williams Sonoma, PO Box 182125, Columbus, OH 43218-2125 |
| 15340874 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Bank/Woman Within, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15340875 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Capital Bank/Big Lots, PO Box 183003, Columbus, OH 43218-3003 |
| 15340876 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Capital Bank/Boscov's, PO Box 183043, Columbus, OH 43218-3043 |
| 15340877 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Capital Bank/Ulta, PO Box: 183043, Columbus, OH 43218-3043 |
| 15340878 | | EDI: WFNNB.COM | Feb 01 2025 04:42:00 | Comenity Capital Bank/Zales, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 15355641 | + | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340879 | | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Country Door Credit, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15340880 | | EDI: DISCOVER | Feb 01 2025 04:42:00 | Discover Financial Services, P.O. Box 30943, Salt Lake City, UT 84130-0943 |
| 15340881 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 31 2025 23:47:00 | First Bankcard/Sheetz, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15342528 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 31 2025 23:47:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15340883 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 31 2025 23:47:00 | First National Bank of Omaha, P.O. Box 3128, Omaha, NE 68103 |
| 15355682 | + | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Fifth and Glam, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15355642 | + | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Figi's Gallery, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340884 | | EDI: AMINFOFP.COM | Feb 01 2025 04:42:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 15340886 | | EDI: PHINGENESIS | Feb 01 2025 04:42:00 | Genesis FS Card Services, Inc./Jared, P.O. Box 4480, Beaverton, OR 97076-4480 |
| 15340889 | + | Email/Text: bankruptcy@hsn.net | Jan 31 2025 23:48:00 | HSN, 2501 118th Ave N, Saint Petersburg, FL |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | 33716-1920 |
| 15340890 | | EDI: SYNC | Feb 01 2025 04:42:00 | JCPenney Credit Services c/o SYNCB, P.O. Box 965009, Orlando, FL 32896-5009 |
| 15368412 | | EDI: JEFFERSONCAP.COM | Feb 01 2025 04:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15340864 | | EDI: JPMORGANCHASE | Feb 01 2025 04:42:00 | Chase, 1111 Polaris Parkway, Columbus, OH 43240 |
| 15355644 | + | EDI: CBS7AVE | Feb 01 2025 04:42:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340892 | | Email/Text: customerservice.us@klarna.com | Jan 31 2025 23:47:00 | Klarna Inc., P.O. Box 8116, Columbus, OH 43201 |
| 15340893 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 31 2025 23:47:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15370718 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 23:59:25 | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 15355648 | + | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340896 | + | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Mason Easy-Pay, P.O. Box 2808, Monroe, WI 53566-8008 |
| 15355684 | + | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340897 | | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Masseys, P.O. Box 2822, Monroe, WI 53566-8022 |
| 15340898 | | Email/Text: Mercury@ebn.phinsolutions.com | Jan 31 2025 23:47:00 | Mercury, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15359057 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 23:47:00 | Midland Credit Management, Inc., dba Synchrony Bank / Hsn Card, c/o Midland Credit Management, Inc., PO Box 2037, Warren MI 48090-2037 |
| 15340899 | | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15355645 | + | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340900 | | EDI: AAFES | Feb 01 2025 04:42:00 | Military Star, Exchange Credit Program, P.O. Box 650410, Dallas, TX 75265-0410 |
| 15340901 | | Email/Text: bankruptcy@moneylion.com | Jan 31 2025 23:48:00 | Moneylion Inc, P.O. Box 1547, Sandy, UT 84091-1547 |
| 15340902 | | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15355647 | + | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15355646 | + | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15366040 | + | Email/Text: BK@servicingdivision.com | Jan 31 2025 23:47:00 | Mortgage Solutions of Colorado, LLC, dba Mortgage Solutions Financial, Mortgage Solutions of Colorado, LLC, 500 S Broad St. Suite 100A, Meriden, Connecticut 06450-6755 |
| 15353979 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 31 2025 23:48:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper UT 84020-2315 |
| 15365977 | | EDI: PRA.COM | Feb 01 2025 04:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15340904 | | EDI: SYNC | Feb 01 2025 04:42:00 | PayPal Credit/SYNCB, PO Box 965064, Orlando, FL 32896-5064 |
| 15363960 | + | EDI: JEFFERSONCAP.COM | | |

Case 21-70063-JAD   Doc 117   Filed 02/02/25   Entered 02/03/25 00:24:45   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-7 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 309B | Total Noticed: 107 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 01 2025 04:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15340906 | + | Email/Text: BKMailbox@QVC.com | Jan 31 2025 23:47:00 | QVC, 1200 Wilson Dr, West Chester, PA 19380-4262 |
| 15340908 | + | EDI: AISTMBL.COM | Feb 01 2025 04:42:00 | Sprint, PO Box 54977, Los Angeles, CA 90054-0977 |
| 15355643 | + | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340909 | | EDI: CBS7AVE | Feb 01 2025 04:42:00 | Swiss Colony/Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15341292 | | ^ MEBN | Jan 31 2025 23:42:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15340910 | | EDI: SYNC | Feb 01 2025 04:42:00 | Synchrony/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15356250 | + | Email/Text: bncmail@w-legal.com | Jan 31 2025 23:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15340912 | | EDI: WTRRNBANK.COM | Feb 01 2025 04:42:00 | TD Bank USA, NA, Attn: Target Card Services, PO Box 1331, Minneapolis, MN 55440-1331 |
| 15340913 | | EDI: CITICORP | Feb 01 2025 04:42:00 | The Home Depot/CBNA, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15340914 | + | EDI: USAA.COM | Feb 01 2025 04:42:00 | USAA Savings Bank, P.O. Box 34894, San Antonio, TX 78265-4894 |
| 15364777 | | EDI: AIS.COM | Feb 01 2025 04:42:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15340915 | | ^ MEBN | Jan 31 2025 23:42:03 | Wayfair Credit Card, PO Box 6772, Sioux Falls, SD 57117-6772 |
| 15340916 | + | EDI: BLUESTEM | Feb 01 2025 04:42:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 90

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Portfolio Recovery Associates, LLC |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Ste 205, Monroeville, PA 15146-2371 |
| cr | * | Gurney's Seed and Nursery Co., P.O. Box 4178, Greendale, IN 47025-4178 |
| 15362266 | *+ | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15363297 | *+ | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15340918 | ##+ | Zulily, 2601 Elliot Avenue, Suite 200, Seattle, WA 98121-1389 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-7 | User: auto | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 309B | Total Noticed: 107 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Mortgage Solutions of Colorado LLC dba Mortgage Solutions Financial dcarlon@kmllawgroup.com |
| Karen Louise Hughes | on behalf of Creditor First Commonwealth Bank karenh@aasdebtrecoveryinc.com |
| Keri P. Ebeck | on behalf of Creditor Allied First Bank SB d/b/a Servbank, as Attorney-in-Fact for Mortgage Solutions of Colorado, LLC d/b/a Mortgage Solutions Financial kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. lmester@mesterschwartz.com, jschwartz@mesterschwartz.com |
| Laurence A. Mester | on behalf of Creditor Portfolio Recovery Associates LLC lmester@mesterschwartz.com, jschwartz@mesterschwartz.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Natasha C Alejandro | on behalf of Debtor Christy Dianne Orie alejandrolawoffice@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9