**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

In re:

      CHRISTY DIANNE ORIE

      Debtor(s)

Case No. 21-70063JAD

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/19/2021.

2) The plan was confirmed on 08/09/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/17/2024.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/07/2024.

5) The case was converted on 01/31/2025.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 48.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $531,977.35.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $122,163.33 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**     **$122,163.33**

---

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,661.99 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,657.24 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$9,319.23**

Attorney fees paid and disclosed by debtor:     $321.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFTER PAY US SERVICES | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AMERIMARK | Unsecured | 823.65 | 837.76 | 837.76 | 0.00 | 0.00 |
| ARMY & AIR FORCE EXCHANGE SV( | Unsecured | 5,908.00 | 5,997.30 | 5,997.30 | 0.00 | 0.00 |
| AT & T MOBILITY II LLC | Unsecured | NA | 3,655.66 | 3,655.66 | 0.00 | 0.00 |
| ATLANTIC CAPITAL BANK | Unsecured | 724.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY CREDIT SERVICES | Unsecured | 554.44 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DIV ( | Secured | 39,188.38 | 40,791.60 | 40,791.60 | 24,459.58 | 5,559.42 |
| CAPITAL ONE BANK (USA) NA BY AN | Unsecured | 12,960.00 | 13,129.59 | 13,129.59 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AN | Unsecured | 1,054.21 | 1,093.55 | 1,093.55 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AN | Unsecured | 1,064.00 | 1,064.15 | 1,064.15 | 0.00 | 0.00 |
| CARVANA LLC | Secured | 15,168.53 | 15,591.38 | 15,591.38 | 9,385.02 | 2,122.32 |
| CHASE CARD SERVICES** | Unsecured | 1,501.01 | NA | NA | 0.00 | 0.00 |
| CITIBANK** | Unsecured | 2,088.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK** | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 1,847.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 568.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 518.50 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 1,208.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 888.99 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 2,015.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 1,337.24 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 1,496.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 1,117.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 1,388.33 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 9,663.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY DOOR | Unsecured | 88.00 | 88.15 | 88.15 | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 1,055.00 | NA | NA | 0.00 | 0.00 |
| FIFTH AND GLAM | Unsecured | NA | 350.10 | 350.10 | 0.00 | 0.00 |
| FIGI'S COMPANIES INC | Unsecured | NA | 106.46 | 106.46 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK** | Unsecured | 450.09 | 338.09 | 338.09 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST NATIONAL BANK OF OMAHA(* | Unsecured | 854.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA(* | Unsecured | 811.90 | 854.77 | 854.77 | 0.00 | 0.00 |
| FULL BEAUTY++ | Unsecured | 492.98 | NA | NA | 0.00 | 0.00 |
| GEC/QVC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GURNEYS SEED & NURSERY | Unsecured | 26.71 | NA | NA | 0.00 | 0.00 |
| HEARTLAND ESCI++ | Unsecured | 5,252.30 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 1,945.70 | 1,945.70 | 1,945.70 | 0.00 | 0.00 |
| K JORDAN | Unsecured | NA | 394.79 | 394.79 | 0.00 | 0.00 |
| KLARNA CREDIT | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| KOHLS++ | Unsecured | 2,868.04 | NA | NA | 0.00 | 0.00 |
| LIBERTY UNIVERSITY | Unsecured | 0.00 | 1,119.38 | 1,119.38 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 2,230.86 | 2,316.98 | 2,316.98 | 0.00 | 0.00 |
| M & T BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| MASON | Unsecured | 754.95 | 812.23 | 812.23 | 0.00 | 0.00 |
| MASSEYS | Unsecured | 1,105.72 | 1,120.72 | 1,120.72 | 0.00 | 0.00 |
| MERCURY | Unsecured | 6,655.50 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 100.00 | 5,242.44 | 5,242.44 | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 702.00 | 702.91 | 702.91 | 0.00 | 0.00 |
| MONEY LION | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| MONROE & MAIN | Unsecured | 455.00 | 455.62 | 455.62 | 0.00 | 0.00 |
| MONTGOMERY WARD** | Unsecured | 172.00 | 172.82 | 172.82 | 0.00 | 0.00 |
| MORTGAGE SOLUTIONS OF COLORA | Secured | 288,612.74 | 287,706.99 | 0.00 | 68,042.54 | 0.00 |
| MORTGAGE SOLUTIONS OF COLORA | Secured | 0.00 | 5,225.66 | 5,225.66 | 0.00 | 0.00 |
| NPRTO NORTH-EAST LLC | Priority | 0.00 | 2,965.96 | 3,261.32 | 3,253.32 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,571.00 | 2,661.86 | 2,661.86 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 560.00 | 637.79 | 637.79 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 236.86 | 236.86 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,672.03 | 1,748.17 | 1,748.47 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,731.00 | 1,804.17 | 1,804.17 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 559.00 | 559.64 | 559.64 | 0.00 | 0.00 |
| QUADPAY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SEZZLE++ | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP(*) | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| STONEBERRY | Unsecured | NA | 166.58 | 166.58 | 0.00 | 0.00 |
| TAB SUNBIT | Unsecured | 2,082.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 2,295.00 | 2,380.29 | 2,380.29 | 0.00 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 2,003.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 129.43 | 129.43 | 0.00 | 0.00 |
| WAYFAIR++ | Unsecured | 3,040.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK-FINGERHUT | Unsecured | 932.00 | NA | NA | 0.00 | 0.00 |
| WVU MEDICINE | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| ZULILY CREDIT CARD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $68,042.54 | $0.00 |
| Mortgage Arrearage | $5,225.66 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $56,382.98 | $33,844.60 | $7,681.74 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$61,608.64** | **$101,887.14** | **$7,681.74** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,261.32 | $3,253.32 | $0.00 |
| **TOTAL PRIORITY**: | **$3,261.32** | **$3,253.32** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$52,124.26** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,319.23 |
| Disbursements to Creditors | $112,822.20 |
| | |
| **TOTAL DISBURSEMENTS** : | **$122,141.43** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/19/2025                              By:/s/ Ronda J. Winnecour
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**