**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTY DIANNE ORIE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:21-70063 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/19/2021 and confirmed on 08/09/2021 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 122,163.33 |
| Less Refunds to Debtor | 21.90 | |
| TOTAL AMOUNT OF PLAN FUND | | 122,141.43 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,661.99 | |
| Trustee Fee | 5,657.24 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,319.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MORTGAGE SOLUTIONS OF COLORADO<br>Acct: 1659 | 0.00 | 68,042.54 | 0.00 | 68,042.54 |
| MORTGAGE SOLUTIONS OF COLORADO<br>Acct: 1659 | 5,225.66 | 0.00 | 0.00 | 0.00 |
| CARVANA LLC<br>Acct: 2101 | 15,591.38 | 9,385.02 | 2,122.32 | 11,507.34 |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT<br>Acct: 7181 | 40,791.60 | 24,459.58 | 5,559.42 | 30,019.00 |
| | | | | 109,568.88 |
| **Priority** | | | | |
| NATASHA C ALEJANDRO ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRISTY DIANNE ORIE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRISTY DIANNE ORIE<br>Acct: | 21.90 | 21.90 | 0.00 | 0.00 |
| ALEJANDRO LAW OFFICE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| NATASHA C ALEJANDRO ESQ | 3,679.00 | 3,661.99 | 0.00 | 0.00 |
| Acct: | | | | |
| NPRTO NORTH-EAST LLC | 3,261.32 | 3,253.32 | 0.00 | 3,253.32 |
| Acct: 3903 | | | | |
| | | | | 3,253.32 |
| **Unsecured** | | | | |
| AFTER PAY US SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| AMERIMARK | 837.76 | 0.00 | 0.00 | 0.00 |
| Acct: 204A | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,748.47 | 0.00 | 0.00 | 0.00 |
| Acct: 9052 | | | | |
| ATLANTIC CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| BEST BUY CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5424 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 13,129.59 | 0.00 | 0.00 | 0.00 |
| Acct: 2383 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,093.55 | 0.00 | 0.00 | 0.00 |
| Acct: 5390 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,064.15 | 0.00 | 0.00 | 0.00 |
| Acct: 5089 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0102 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9153 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7512 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2729 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3331 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4148 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0060 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3618 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9492 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0702 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| COUNTRY DOOR | 88.15 | 0.00 | 0.00 | 0.00 |
| Acct: 5530 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 854.77 | 0.00 | 0.00 | 0.00 |
| Acct: 5723 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| FIRST COMMONWEALTH BANK** | 338.09 | 0.00 | 0.00 | 0.00 |
| Acct: 2103 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 559.64 | 0.00 | 0.00 | 0.00 |
| Acct: 2199 | | | | |
| FULL BEAUTY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| LVNV FUNDING LLC | 2,316.98 | 0.00 | 0.00 | 0.00 |
| Acct: 8947 | | | | |
| GURNEYS SEED & NURSERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0454 | | | | |
| HEARTLAND ESCI++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 01D0 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 5,242.44 | 0.00 | 0.00 | 0.00 |
| Acct: 7221 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,804.17 | 0.00 | 0.00 | 0.00 |
| Acct: 8735 | | | | |
| KLARNA CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7606 | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9775 | | | | |
| LIBERTY UNIVERSITY | 1,119.38 | 0.00 | 0.00 | 0.00 |
| Acct: 5109 | | | | |
| MASON | 812.23 | 0.00 | 0.00 | 0.00 |
| Acct: 202E | | | | |
| MASSEYS | 1,120.72 | 0.00 | 0.00 | 0.00 |
| Acct: 2A2Y | | | | |
| MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8334 | | | | |
| MIDNIGHT VELVET | 702.91 | 0.00 | 0.00 | 0.00 |
| Acct: 5550 | | | | |
| ARMY & AIR FORCE EXCHANGE SVCS | 5,997.30 | 0.00 | 0.00 | 0.00 |
| Acct: 6263 | | | | |
| MONEY LION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| MONROE & MAIN | 455.62 | 0.00 | 0.00 | 0.00 |
| Acct: 5110 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6562 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,945.70 | 0.00 | 0.00 | 0.00 |
| Acct: 4939 | | | | |
| QUADPAY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| GEC/QVC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| SEZZLE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8931 | | | | |
| MONTGOMERY WARD** | 172.82 | 0.00 | 0.00 | 0.00 |
| Acct: 5290 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,661.86 | 0.00 | 0.00 | 0.00 |
| Acct: 3827 | | | | |
| TAB SUNBIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
| TD BANK USA NA** | 2,380.29 | 0.00 | 0.00 | 0.00 |
| Acct: 3351 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 637.79 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4165 | | | | |
| | USAA SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7940 | | | | |
| | WAYFAIR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7950 | | | | |
| | WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9616 | | | | |
| | WVU MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0284 | | | | |
| | ZULILY CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7950 | | | | |
| | FIGI'S COMPANIES INC | 106.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 2F2M | | | | |
| | STONEBERRY | 166.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 2C2G | | | | |
| | K JORDAN | 394.79 | 0.00 | 0.00 | 0.00 |
| | Acct: 2B2J | | | | |
| | FIFTH AND GLAM | 350.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 2G2B | | | | |
| | AT & T MOBILITY II LLC | 3,655.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 0122 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 129.43 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 236.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 6694 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7221 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAURENCE A MESTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 112,822.20 |

TOTAL CLAIMED
PRIORITY         3,261.32
SECURED         61,608.64
UNSECURED       52.124.26

Date: 02/25/2025                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com