IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO.  21-70063-JAD |
| CHRISTY DIANNE ORIE, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## RULE 1019 CONVERSION REPORT

SCHEDULE OF ALL UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF THE CHAPTER 13 CASE AND BEFORE CONVERSION PER BANKRUPTCY RULE 1019(5)(B)(i)

None.

STATEMENTS AND SCHEDULES REQUIRED BY BANKRUPTCY RULES 1019(1)(A) AND 1007(b) NOT FILED WITH THE CHAPTER 13 CASE

None.

SCHEDULE OF ALL PROPERTY NOT LISTED IN THE FINAL REPORT AND ACCOUNT OF THE CHAPTER 13 TRUSTEE WHICH WAS ACQUIRED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE THE ENTRY OF THE CONVERSION ORDER

None.

SCHEDULE OF UNPAID DEBTS NOT LISTED IN CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT PER BANKRUPTCY RULE 1019(5)(C)(ii)

None.

SCHEDULE OF EXECUTORY CONTRACTS ENTERED INTO OR ASSUMED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE ENTRY OF THE CONVERSION ORDER

None.

Dated: March 4, 2025                    /s/ Natasha C. Alejandro
                                                                                      NATASHA C. ALEJANDRO, ESQUIRE
Pa. Id. No. 316860
Attorney for Debtor

THE ALEJANDRO LAW OFFICE
P.O. Box 4569
Pittsburgh, PA 15205
(412) 345-3184
alejandrolawoffice@gmail.com