IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Christy Dianne Orie | : | Bankruptcy No. 21-70063-JAD |
| | : | |
| Debtor | : | |
| | : | Chapter   7 |
| Christy Dianne Orie | : | |
| Movant | : | |
| | : | Related to Document No. 3 |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Natasha C. Alejandro, Esq., counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By: /s/ Natasha C. Alejandro
Signature

Natasha C. Alejandro
Typed Name

P.O. Box 4569
Pittsburgh, PA 15205
Address

(412) 345-3184
Phone No.

PA-316860
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Capital Vacations
2024 Corporate Center Drive, Suite 101
Myrtle Beach, SC 29577

LinxLegal
2120 Crown Centre Drive, Suite 100
Charlotte, NC 28227