IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | )    BANKR. NO. 21-70063-JAD |
| CHRISTY DIANNE ORIE, | ) |
| | )    CHAPTER 7 |
| Debtor. | ) |
| | ) |
| CHRISTY DIANNE ORIE, | ) |
| | ) |
| Debtor/Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENT, | ) |

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that true and correct copies of the Voluntary Petition filed on February 19, 2021, Doc. No. 1, and the Conversion Order filed on January 31, 2025, Doc. No. 109, were served on March 10, 2025 via regular mail addressed as follows:

Capital Vacations
2024 Corporate Center Drive, Suite 101
Myrtle Beach, SC 29577

LinxLegal
2120 Crown Centre Drive, Suite 100
Charlotte, NC 28227


Dated: March 10, 2025                    /s/ Natasha C. Alejandro
                                                      NATASHA C. ALEJANDRO, ESQUIRE
                                                      Pa. Id. No. 316860
                                                      Attorney for Debtor

                                                      THE ALEJANDRO LAW OFFICE
                                                      P.O. Box 4569
                                                      Pittsburgh, PA 15205
                                                      (412) 345-3184
                                                      alejandrolawoffice@gmail.com