| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christy Dianne Orie<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7950<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  21-70063-JAD | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christy Dianne Orie
fka Christy Dianne Morris, fka Christy Dianne Lanham, fka Christy Dianne Spurlock

<u>5/7/25</u>

**By the court:** <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christy Dianne Orie  
    Debtor

Case No. 21-70063-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: admin      Page 1 of 6  
Date Rcvd: May 07, 2025      Form ID: 318      Total Noticed: 103

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christy Dianne Orie, c/o Natasha C. Alejandro, The Alejandro Law Office, P.O. Box 4569, Pittsburgh, PA 15205-0569 |
| cr | + | Mortgage Solutions of Colorado, LLC dba Mortgage S, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 16509517 | + | Capital Vacations, 2024 Corporate Center Drive, Suite 101, Myrtle Beach, SC 29577-7410 |
| 15341346 | | Carvana LLC, PO Bo x29018 Phoenix AZ 85038 |
| 15340882 | + | First Commonwealth Bank, 3112 Elton Road, Johnstown, PA 15904-2732 |
| 15360840 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15340885 | + | Full Beauty Brands/Woman Within, 500 S. Mesa Hills Drive, El Paso, TX 79912-5686 |
| 15340887 | | Gurney's Seed and Nursery Co., P.O. Box 4178, Greendale, IN 47025-4178 |
| 15340888 | + | Heartland ECSI, P.O. Box 26227, Winston Salem, NC 27114-6227 |
| 15340891 | + | Kenneth D. Orie, c/o Natasha C. Alejandro, The Alejandro Law Office, P.O. Box 4569, Pittsburgh, PA 15205-0569 |
| 15340894 | + | Liberty University, PO Box 10425, Lynchburg, VA 24506-0425 |
| 16509518 | + | LinxLegal, 2120 Crown Centre Drive, Suite 100, Charlotte, NC 28227-7809 |
| 15340895 | + | M&T Bank, P.O. Box 192, Duncansville, PA 16635-0192 |
| 15340903 | + | Mortgage Solutions Financial, 1025 Main Street, Suite 950, Wheeling, WV 26003-2717 |
| 15340905 | + | Quadpay, 27 W 24th Street, Floor 2, New York, NY 10010-3522 |
| 15340907 | | Sezzle, P.O. Box 3330, Minneapolis, MN 55403 |
| 15340911 | + | Tab/Sunbit, Inc., PO Box 24010, Los Angeles, CA 90024-0010 |
| 15340917 | + | WVU Medicine, PO Box 875, Morgantown, WV 26507-0875 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BLMSWOPE | May 08 2025 03:57:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| smg | | EDI: PENNDEPTREV | May 08 2025 03:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 08 2025 03:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: kebeck@bernsteinlaw.com | May 08 2025 00:02:00 | Allied First Bank, SB d/b/a Servbank, as Attorney-, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| cr | + | EDI: AISACG.COM | May 08 2025 03:57:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AIS.COM | | |

| District/off: 0315-7 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: May 07, 2025 | Form ID: 318 | Total Noticed: 103 |

|  |  |  | Date/Time | Recipient |
|---|---|---|---|---|
|  |  |  | May 08 2025 03:57:00 | Capital One Bank (USA) N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | May 08 2025 03:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15340856 |  | Email/Text: legal@arsnational.com | May 08 2025 00:02:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 15364456 | + | EDI: ATTWIREBK.COM | May 08 2025 03:57:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15340854 | ^ | MEBN | May 07 2025 23:54:55 | After-pay US Services, LLC, 600 California Street, 11th Floor, San Francisco, CA 94108-2727 |
| 15340855 |  | EDI: CBS7AVE | May 08 2025 03:57:00 | AmeriMark Premier, P.O. Box 2845, Monroe, WI 53566-8045 |
| 15355683 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15370704 | + | EDI: AAFES | May 08 2025 03:57:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 15340857 | ^ | MEBN | May 07 2025 23:54:51 | Atlantic Capital Bank, ATTN: Client Operations, P.O. Box 550889, Atlanta, GA 30355-3389 |
| 15340858 | + | EDI: CITICORP | May 08 2025 03:57:00 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 15340859 | + | Email/Text: rm-bknotices@bridgecrest.com | May 08 2025 00:03:00 | Bridgecrest, P.O. Box 29018, Phoenix, AZ 85038-9018 |
| 15340860 |  | EDI: CAPONEAUTO.COM | May 08 2025 03:57:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15359343 | + | EDI: AISACG.COM | May 08 2025 03:57:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15357578 |  | EDI: CAPITALONE.COM | May 08 2025 03:57:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15340861 |  | EDI: CAPITALONE.COM | May 08 2025 03:57:00 | Capital One Bank, NA, USA, Attn: General Correspondence, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15340862 |  | EDI: CAPITALONE.COM | May 08 2025 03:57:00 | Capital One Bank, USA, NA, Attn: General Correspondence, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15340863 |  | EDI: CAPITALONE.COM | May 08 2025 03:57:00 | Capital One/Walmart Credit Card, PO Box 71083, Charlotte, NC 28272-1083 |
| 15340864 | + | EDI: JPMORGANCHASE | May 08 2025 03:57:00 | Chase, 1111 Polaris Parkway, Columbus, OH 43240-2031 |
| 15340865 |  | EDI: CITICORP | May 08 2025 03:57:00 | Citi/Macy's, PO Box 6167, Sioux Falls, SD 57117-6167 |
| 15340866 | + | EDI: CITICORP | May 08 2025 03:57:00 | Citicards CBNA, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 15340867 |  | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Bank/Christopher & Banks, PO Box 182273, Columbus, OH 43218-2273 |
| 15340868 |  | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Bank/Fullbeauty, PO Box 182125, Columbus, OH 43218-2125 |
| 15340869 |  | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Bank/Hot Topic, PO Box 182125, Columbus, OH 43218-2125 |
| 15340870 |  | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Bank/Jessica London, PO Box 182273, |

Case 21-70063-JAD   Doc 128   Filed 05/09/25   Entered 05/10/25 06:26:38   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0315-7 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: May 07, 2025 | Form ID: 318 | Total Noticed: 103 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2273 |
| 15340871 | | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Bank/Pier One Imports, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15340872 | | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Bank/Victoria's Secret, PO Box 182125, Columbus, OH 43218-2125 |
| 15340873 | | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Bank/Williams Sonoma, PO Box 182125, Columbus, OH 43218-2125 |
| 15340874 | | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Bank/Woman Within, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15340875 | | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Capital Bank/Big Lots, PO Box 183003, Columbus, OH 43218-3003 |
| 15340876 | | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Capital Bank/Boscov's, PO Box 183043, Columbus, OH 43218-3043 |
| 15340877 | | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Capital Bank/Ulta, PO Box: 183043, Columbus, OH 43218-3043 |
| 15340878 | | EDI: WFNNB.COM | May 08 2025 03:57:00 | Comenity Capital Bank/Zales, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 15355641 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340879 | | EDI: CBS7AVE | May 08 2025 03:57:00 | Country Door Credit, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15340880 | | EDI: DISCOVER | May 08 2025 03:57:00 | Discover Financial Services, P.O. Box 30943, Salt Lake City, UT 84130-0943 |
| 15340881 | | Email/Text: collecadminbankruptcy@fnni.com | May 08 2025 00:02:00 | First Bankcard/Sheetz, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15342528 | | Email/Text: collecadminbankruptcy@fnni.com | May 08 2025 00:02:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15340883 | | Email/Text: collecadminbankruptcy@fnni.com | May 08 2025 00:02:00 | First National Bank of Omaha, P.O. Box 3128, Omaha, NE 68103 |
| 15355682 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | Fifth and Glam, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15355642 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | Figi's Gallery, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340884 | | EDI: AMINFOFP.COM | May 08 2025 03:57:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 15340886 | | EDI: PHINGENESIS | May 08 2025 03:57:00 | Genesis FS Card Services, Inc./Jared, P.O. Box 4480, Beaverton, OR 97076-4480 |
| 15340889 | + | Email/Text: bankruptcy@hsn.net | May 08 2025 00:03:00 | HSN, 2501 118th Ave N, Saint Petersburg, FL 33716-1920 |
| 15340890 | | EDI: SYNC | May 08 2025 03:57:00 | JCPenney Credit Services c/o SYNCB, P.O. Box 965009, Orlando, FL 32896-5009 |
| 15368412 | | EDI: JEFFERSONCAP.COM | May 08 2025 03:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15355644 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340892 | | Email/Text: customerservice.us@klarna.com | May 08 2025 00:02:00 | Klarna Inc., P.O. Box 8116, Columbus, OH 43201 |
| 15340893 | + | EDI: CAPITALONE.COM | May 08 2025 03:57:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15370718 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2025 00:11:49 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 21-70063-JAD   Doc 128   Filed 05/09/25   Entered 05/10/25 06:26:38   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0315-7 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: May 07, 2025 | Form ID: 318 | Total Noticed: 103 |

| | | | | |
|---|---|---|---|---|
| | | | | PO BOX 10587, Greenville, SC 29603-0587 |
| 15355648 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340896 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | Mason Easy-Pay, P.O. Box 2808, Monroe, WI 53566-8008 |
| 15355684 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340897 | | EDI: CBS7AVE | May 08 2025 03:57:00 | Masseys, P.O. Box 2822, Monroe, WI 53566-8022 |
| 15340898 | | Email/Text: Mercury@ebn.phinsolutions.com | May 08 2025 00:02:00 | Mercury, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15359057 | + | Email/Text: bankruptcydpt@mcmcg.com | May 08 2025 00:02:00 | Midland Credit Management, Inc., dba Synchrony Bank / Hsn Card, c/o Midland Credit Management, Inc., PO Box 2037, Warren MI 48090-2037 |
| 15340899 | | EDI: CBS7AVE | May 08 2025 03:57:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15355645 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340900 | | EDI: AAFES | May 08 2025 03:57:00 | Military Star, Exchange Credit Program, P.O. Box 650410, Dallas, TX 75265-0410 |
| 15340901 | | Email/Text: bankruptcy@moneylion.com | May 08 2025 00:03:00 | Moneylion Inc, P.O. Box 1547, Sandy, UT 84091-1547 |
| 15340902 | | EDI: CBS7AVE | May 08 2025 03:57:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15355647 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15355646 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15366040 | + | Email/Text: BK@servicingdivision.com | May 08 2025 00:02:00 | Mortgage Solutions of Colorado, LLC, dba Mortgage Solutions Financial, Mortgage Solutions of Colorado, LLC, 500 S Broad St. Suite 100A, Meriden, Connecticut 06450-6755 |
| 15353979 | + | Email/Text: ecfbankruptcy@progleasing.com | May 08 2025 00:02:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper UT 84020-2315 |
| 15365977 | | EDI: PRA.COM | May 08 2025 03:57:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15340904 | | EDI: SYNC | May 08 2025 03:57:00 | PayPal Credit/SYNCB, PO Box 965064, Orlando, FL 32896-5064 |
| 15363960 | + | EDI: JEFFERSONCAP.COM | May 08 2025 03:57:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15340906 | + | Email/Text: BKMailbox@QVC.com | May 08 2025 00:02:00 | QVC, 1200 Wilson Dr, West Chester, PA 19380-4262 |
| 15340908 | + | EDI: AISTMBL.COM | May 08 2025 03:57:00 | Sprint, PO Box 54977, Los Angeles, CA 90054-0977 |
| 15355643 | + | EDI: CBS7AVE | May 08 2025 03:57:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15340909 | | EDI: CBS7AVE | May 08 2025 03:57:00 | Swiss Colony/Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15341292 | ^ | MEBN | May 07 2025 23:55:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15340910 | | EDI: SYNC | | |

| District/off: 0315-7 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 07, 2025 | Form ID: 318 | Total Noticed: 103 |

| | | | | May 08 2025 03:57:00 | Synchrony/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
|---|---|---|---|---|---|
| 15356250 | | + | Email/Text: bncmail@w-legal.com | May 08 2025 00:02:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15340912 | | | EDI: WTRRNBANK.COM | May 08 2025 03:57:00 | TD Bank USA, NA, Attn: Target Card Services, PO Box 1331, Minneapolis, MN 55440-1331 |
| 15340913 | | | EDI: CITICORP | May 08 2025 03:57:00 | The Home Depot/CBNA, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15340914 | | + | EDI: USAA.COM | May 08 2025 03:57:00 | USAA Savings Bank, P.O. Box 34894, San Antonio, TX 78265-4894 |
| 15364777 | | | EDI: AIS.COM | May 08 2025 03:57:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15340915 | | ^ | MEBN | May 07 2025 23:55:37 | Wayfair Credit Card, PO Box 6772, Sioux Falls, SD 57117-6772 |
| 15340916 | | + | EDI: BLUESTEM | May 08 2025 03:57:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 85

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Portfolio Recovery Associates, LLC |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Ste 205, Monroeville, PA 15146-2371 |
| cr | * | Gurney's Seed and Nursery Co., P.O. Box 4178, Greendale, IN 47025-4178 |
| 15362266 | *+ | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15363297 | *+ | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15340918 | ##+ | Zulily, 2601 Elliot Avenue, Suite 200, Seattle, WA 98121-1389 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Mortgage Solutions of Colorado  LLC dba Mortgage Solutions Financial dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: admin | Page 6 of 6 |
| Date Rcvd: May 07, 2025 | Form ID: 318 | Total Noticed: 103 |

Karen Louise Hughes
    on behalf of Creditor First Commonwealth Bank karenh@aasdebtrecoveryinc.com

Keri P. Ebeck
    on behalf of Creditor Allied First Bank  SB d/b/a Servbank, as Attorney-in-Fact for Mortgage Solutions of Colorado, LLC d/b/a Mortgage Solutions Financial kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Laurence A. Mester
    on behalf of Creditor Portfolio Recovery Associates  LLC lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Lisa M. Swope, Chapter 7 Trustee
    lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Natasha C Alejandro
    on behalf of Debtor Christy Dianne Orie alejandrolawoffice@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov


TOTAL: 8